UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

MID-AMERICA CARPENTERS )
REGIONAL COUNCIL, et al., )
  )
      Plaintiffs, )     Case No. 4:22-cv-00072 JCH
  )
v. )
  )
A J FLOORING, INC., )
  )
      Defendant. )

## MOTION FOR DEFAULT JUDGMENT

Come now plaintiffs and move this Court for default judgment against defendant A J Flooring, Inc. in the amount of $81,226.07.  In support of this motion, the Court is referred to the accompanying memorandum and affidavits.

Respectfully submitted,

HAMMOND  AND SHINNERS, P.C.
13205 Manchester Road, Ste. 210
St. Louis, Missouri 63131
Phone: (314) 727-1015
Fax:    (314) 727-6804

    /s/ Greg A. Campbell
GREG A. CAMPBELL, #35381MO

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2022, the foregoing was filed electronically with the Clerk of the Court and a copy was mailed by the United States Postal Service to the following non-participant in Electronic Case Filing:  AJ Flooring, Inc., 2005 Kimber Road, Dongola, IL 62926.


/s/ Greg A. Campbell