UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MID-AMERICA CARPENTERS REGIONAL COUNCIL, et al., | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 4:22-cv-00072 JCH |
| v. | ) ) ) | |
| A J FLOORING, INC., | ) ) | |
| Defendant. | ) | |

## JUDGMENT

Plaintiffs filed this action on January 20, 2022 to recover from defendant A J Flooring, Inc. delinquent fringe benefit contributions, liquidated damages and interest owed to the plaintiff benefit funds pursuant to the Employee Retirement Income Security Act, 29 U.S.C. §1132(g)(2) ("ERISA") and pursuant to the Labor Management Relations Act, 29 U.S.C. §185 ("LMRA"). Plaintiffs also seek an award of their attorneys' fees and costs. Defendant has not appeared, and plaintiffs move for default judgment, submitting in support of their motion the affidavits of Juli Laramie and Greg A. Campbell.

Under ERISA, 29 U.S.C. §1132(g)(2) and §1145, and under the applicable collective bargaining agreement, defendant A J Flooring, Inc. owes $70,931.20 in delinquent fringe benefit contributions, $7,600.90 in liquidated damages and $1,258.10 in interest. The collective bargaining agreements and ERISA, 29 U.S.C. §1132(g)(2), also require defendants to pay plaintiffs' attorneys' fees and costs. Plaintiffs incurred $662.50 in attorneys' fees, and $773.37 in court costs. Based on the evidence presented, the Court finds that the services performed by plaintiffs' attorneys were reasonable and necessary to the litigation of this case, that the rates charged were reasonable, and

that the amount sought for attorneys' fees is reasonable. The total amount owed by defendant to plaintiffs is $81,226.07.

IT IS HEREBY ORDERED that plaintiffs' motion for default judgment is granted.

IT IS HEREBY ORDERED that the Clerk of the Court shall enter judgment by default in favor of plaintiffs and against defendant A J Flooring, Inc. in the amount of $81,226.07.

SO ORDERED:

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE

Dated this __3rd__ day of ____May____, 2022.